AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Danielle Williams at the Virtual Office, who is designated by law to accept service of process on behalf of *(name of organization)* Equityexperts.org, LLC. D/B/A Equity Experts 2000 Town Center, Ste. 1960, Southfield, MI 48075 on *(date)* March 28, 2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Jason Plunkett, Process Server
Printed name and title

5397 Lennuck Dr., W.B., MI 48302
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **CANDICE JONES / ALEXIS SMITH**, who is designated by law to accept service of process on behalf of *(name of organization)* **EQUITYEXPERTS.ORG LLC, D/B/A EQUITY EXPERTS 2391 PONTIAC RD, AUBURN HILLS, MI 48326** on *(date)* **MARCH 28, 2018**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **3-28-18**

Server's signature

**JASON FANCETT, PROCESS SERVER**
Printed name and title

**5337 Centerbrook Dr. W.B. MI 48322**
Server's address

Additional information regarding attempted service, etc: