IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY CROSS and PAMELA CROSS, Plaintiffs, v. EQUITYEXPERTS.ORG, LLC d/b/a EQUITY EXPERTS, Defendant. | Civil Action No. 1:17-cv-03804-AT-JDF |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

COME NOW PLAINTIFFS, pursuant to FED. R. CIV. P. 55(b), and respectfully move that the Court enter default judgment in the amount determined by the Court as trier of fact upon consideration of the record in this matter and such evidence as may be received at any hearing, should the Court elect to schedule this matter for a hearing.

Respectfully submitted,

SKAAR & FEAGLE, LLP

by: /s/ Cliff R. Dorsen
Cliff R. Dorsen
Georgia Bar No. 149254
cdorsen@skaarandfeagle.com
James M. Feagle
Georgia Bar No. 256196
jfeagle@skaarandfeagle.com
2374 Main Street, Suite B

Tucker, GA 30084
Telephone: (404) 373-1970
Facsimile: (404) 601-1855

/s/ Kris Skaar
Kris Skaar
Georgia Bar No. 649610
krisskaar@skaarandfeagle.com
Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
133 Mirramont Lake Drive
Woodstock, GA 30189
Telephone: (770) 427-5600
Facsimile: (404) 601-1855

*Attorneys for Plaintiffs Jeffrey and Pamela Cross*