**Skaar & Feagle, LLP**  
2374 Main Street  
Suite B  
Tucker, Georgia 30084  
United States  
404-373-1970  

# Skaar & Feagle, LLP

**Jeff Cross**  
2500 Debidue Coutt  
Acworth, GA 30101  
United States  

| | |
|---|---|
| **Balance** | $12,473.87 |
| **Invoice #** | 00131 |
| **Invoice Date** | June 21, 2018 |
| **Payment Terms** | |
| **Due Date** | |

## Cross, Jeffrey and Pamela v. Equity Experts.org, LLC d/b/a Equity Experts

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 02/10/2017 | KS | Drafted Documents for Litigation | review file; begin drafting complaint | 570.00 | 0.5 | 285.00 |
| 02/11/2017 | KS | review documents | review documents and audio records and continue drafting complaint | 570.00 | 1.1 | 627.00 |
| 02/12/2017 | KS | Drafted Documents for Litigation | continue drafting of complaint | 570.00 | 0.5 | 285.00 |
| 09/14/2017 | CD | Review Draft Pleading | Reviewed complaint | 315.00 | 0.7 | 220.50 |
| 09/25/2017 | KS | Drafted Documents for Litigation | prepare draft of complaint, review documents re: draft prep; incidental research re: HOA collection | 570.00 | 3.7 | 2,109.00 |
| 09/27/2017 | KS | Drafted Documents for Litigation | finalize complaint for filing | 570.00 | 0.4 | 228.00 |
| 02/23/2018 | KS | Miscellaneous Litigation Activity | Searched for private process server in Michigan, email to attorneys in firm asking for their experience and need in this case. | 570.00 | 0.3 | 171.00 |
| 06/18/2018 | CD | Drafted Documents for Litigation | Draft FDCPA fact and liability section for Brief for Motion for Default Judgment | 315.00 | 2.3 | 724.50 |
| 06/19/2018 | CD | Drafted Documents for Litigation | Draft GFBPA & State Tort law section for Brief; review and revise other portions of Brief; draft with assistance of clients declarations for Jeffrey Cross and Pamela Cross. | 315.00 | 7.2 | 2,268.00 |
| 06/19/2018 | KS | Drafted Documents for Litigation | Drafted my declaration in support of fees, reviewed documents prepared by CD in support of motion for default judgment, sent case management emails to partner JMF and assoc. CD. | 570.00 | 1.8 | 1,026.00 |
| 06/20/2018 | CD | Review Draft Pleading | Review and revise declarations of Jeffrey Cross and Pamela Cross | 315.00 | 1.6 | 504.00 |

| Date | EE | Activity | Description | | | |
|---|---|---|---|---|---|---|
| 06/20/2018 | CD | Review Draft Pleading | Review and revise declarations Jeffrey and Pamela Cross and Cliff, and Brief. | 315.00 | 3.3 | 1,039.50 |
| 06/20/2018 | KS | Email Correspondence with co-counsel | Reviewed drafting progress, Case managment and status emails to and from JMF and CD. | 570.00 | 0.7 | 399.00 |
| 06/21/2018 | CD | Drafted Documents for Litigation | Review revise and draft additional sections of Brief M4Def Judg | 315.00 | 2.0 | 630.00 |
| 06/21/2018 | JF | Drafted Documents for Litigation | prepared docs in support of motion for defalt jmt, including declarations, edit brief in support. | 535.00 | 1.7 | 909.50 |
| | | | | Totals: | **27.8** | **$11,426.00** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 02/07/2018 | JF | Service of Process | | 55.37 | 1.0 | 55.37 |
| 06/18/2018 | CD | Investigation costs | Reliable Process Services, Inc. Invoice: Investigation to locate and serve proper party. | 592.50 | 1.0 | 592.50 |
| 06/21/2018 | CD | Filing Fee | Case initiation filing fee | 400.00 | 1.0 | 400.00 |
| | | | | Expense Total: | | **$1,047.87** |

| | |
|---|---|
| Time Entry Sub-Total: | 11,426.00 |
| Expense Sub-Total: | 1,047.87 |
| **Sub-Total:** | 12,473.87 |
| **Total:** | 12,473.87 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$12,473.87** |