IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JEFFREY CROSS and PAMELA CROSS, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | CIVIL ACTION FILE NO.: 1:17-CV-03804-AT-JCF |
| EQUITYEXPERTS.ORG, LLC d/b/a EQUITY EXPERTS, | : : : | |
| Defendant. | : | |

# **ORDER**

This case is before the Court on Plaintiffs' Motion for Entry of Default Judgment. (Doc. 12). Plaintiffs have shown that they served Defendant with the summons and complaint on March 28, 2018 (*see* Doc. 7), but Defendant has failed to answer or otherwise respond to the complaint and the Clerk has entered default. Defendant is **DIRECTED** to file a response to Plaintiffs' motion for default judgment **no later than 14 days** from the date of entry of this Order, showing cause why Plaintiffs' motion should not be granted. The Court also finds that a hearing is required pursuant to FED. R. CIV. P. 55(b)(2) in order to determine whether default judgment should be entered and if so, in what amount. Plaintiffs should be prepared to present sufficient information or evidence to allow the Court to determine: (1) the truth of Plaintiffs' allegations set forth in their Complaint,

1

including the specific conduct that supports Plaintiffs' claims; (2) the damages alleged to have been sustained by Plaintiffs, including the type and amount of damages for which Plaintiffs seek a default judgment to be entered; and (3) whether those damages were caused by Defendant's conduct.  Accordingly, the parties are **DIRECTED** to appear at a hearing before the undersigned on **Thursday, August 23, 2018 at 10:30 a.m.** in **Courtroom 2022 of the United States Courthouse, 75 Ted Turner Dr., S.W., Atlanta, Georgia**.

The Clerk is **DIRECTED** to mail a copy of this Order to Defendant at the address appearing on the summons.  (Doc. 2).

**IT IS SO ORDERED** this 3rd day of July, 2018.

/s/ J. Clay Fuller
J. Clay Fuller
United States Magistrate Judge