# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY CROSS, and<br>PAMELA CROSS,<br><br>    Plaintiffs,<br><br>v.<br><br>EQUITYEXPERTS.ORG, LLC, d/b/a<br>EQUITY EXPERTS,<br><br>    Defendant. | CIVIL ACTION FILE NO.:<br>1:17-cv-03804-AT-JCF |

## NOTICE OF ENTRY OF APPEARANCE

**COMES NOW** Arthur A. Ebbs and Brittany Crosby of the law firm Womble Bond Dickinson (US), LLP and hereby enter their appearance on behalf of Defendant EquityExperts.Org, LLC d/b/a Equity Experts ("Equity Experts") Counsels' contact information is as follows:

Arthur A. Ebbs
Brittany Crosby
Womble Bond Dickinson (US), LLP
271 17th Street NW
Suite 2400
Atlanta, Georgia 30363
(404) 872-7000
arthur.ebbs@wbd-us.com
brittany.crosby@wbd-us.com

WBD (US) 45045226v1

This Entry of Appearance is without prejudice to and does not waive any defenses that Equity Experts has in this action. This Entry of Appearance is made solely so that Equity Experts may receive notice of filings in this action.

Respectfully submitted this 3rd day of December, 2018.

                WOMBLE BOND DICKINSON (US) LLP

                /s/ Arthur A. Ebbs
                Arthur A. Ebbs
                State Bar No. 416181
                Brittany Crosby
                State Bar No. 692075

271 17th Street NW
Suite 2400
Atlanta, Georgia 30363
Telephone:  (404) 872-7000
Facsimile:  404) 888-7490
Email:  Arthur.Ebbs@wbd-us.com
        Brittany.Crosby@wbd-us.com

                *Attorneys for Defendant EquityExperts.Org, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing ENTRY OF APPEARANCE was electronically filed with the Clerk of Court using the CM/ECF which provides notice to counsel of record as follows:

> James M. Feagle
> jfeagle@skaarandfeagle.com
>
> Cliff R. Dorsen
> cdorsen@skaarandfeagle.com
>
> Kris Skaar
> krisskaar@aol.com
>
> Justin T. Holcombe
> jholcombe@skaarandfeagle.com

This 3rd day of December 2018.

> /s/ Arthur A. Ebbs
> Arthur A. Ebbs
> State Bar No. 416181