# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY CROSS, and<br>PAMELA CROSS<br><br>  Plaintiff,<br><br>v.<br><br>EQUITYEXPERTS.ORG, LLC,<br>d/b/a EQUITY EXPERTS<br><br>  Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION FILE<br>) NO. 1:17-cv-03804-AT-JCF<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JACQUELINE GALOFARO

The undersigned hereby makes the following declaration pursuant to 28 U.S.C. § 1746:

1.

My name is Jacqueline Galofaro. I have personal knowledge of the facts set forth in this Declaration and know them to be true and correct. I am over the age of eighteen (18) years old, am suffering no disabilities, and am competent to execute this declaration.

2.

I am a Vice President and the General Counsel of EquityExperts.Org, LLC ("Equity Experts"). I am a graduate of the Thomas M. Cooley Law School and

have practiced law in Michigan since 2013.  I am a member in good standing of the Michigan bar.  In my position with Equity Experts, I am in charge of Equity Experts' legal affairs.

3.

Equity Experts' principal office is located at 2391 Pontiac Road, Auburn Hills, Michigan 48326 (the "Pontiac Office").  While the Pontiac Office has a reception area with a desk, no Equity Experts employee is stationed at that desk.  Equity Experts does not have any employee assigned to the front desk.  On March 28, 2018 when Plaintiffs purported to serve process on "Candice Jones" at the Pontiac Office, no Equity Experts employee was stationed at the desk in the reception area nor was there any employee assigned to that desk.

4.

On March 28, 2018, Equity Experts employed Alexis Smith, who I described in my previous declaration.  Ms. Smith was a low level employee who primarily worked on marketing and search engine optimization.  Ms. Smith primarily worked with Gar Liebler, not Michael Novak.  Plaintiffs' response brief says that Ms. Smith had "direct access and was in close proximity to the defendant officers" [Dkt. No. 25, p. 11] but that is not true.  As I set forth in my previous declaration, Ms. Smith is not and has never been an officer, resident agent,

director, trustee, or person in charge of an office or business establishment of Equity Experts.  Further, Ms. Smith has never been authorized to accept service of process on behalf of Equity Experts.  On March 28, 2018, Equity Experts also employed a woman named Candice Randolph.  Both Alexis Smith and Candice Randolph are young adult African-American women with a similar appearance.  Ms. Randolph was a low level employee of Equity Experts who was a call agent.  Ms. Randolph's primary job responsibility was to make telephone calls for Equity Experts in the furtherance of its business.  Ms. Randolph was never authorized to accept service of process on behalf of Equity Experts.  Further, Ms. Randolph is not and has never been an officer, resident agent, director, trustee, or person in charge of an office or business establishment of Equity Experts.

5.

Equity Experts' office located at 2000 Town Center, Suite 1900, Southfield, Michigan 48075 (the "Southfield Office") is an office suite operated by Regus.  Equity Experts uses the Southfield Office for a variety of purposes, including meeting with individuals that it does not wish to invite the office located on Pontiac Road.  I have reviewed the Declaration of Jason Fantich in which he purports to have served process upon a person named Danielle Williams.  Mr. Fantich does not describe who Ms. Williams is employed by, but it appears from

the context of Mr. Fantich's declaration that Ms. Williams may be employed by Regus. As I stated in my previous declaration, Ms. Williams is not and has never been an officer, resident agent, director, trustee, or person in charge of an office or business establishment of Equity Experts. Further, Equity Experts has never authorized Regus or Ms. Williams to serve as its resident agent or to accept service on behalf of Equity Experts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 2, 2019.

By: _____
Jacqueline Galofaro
Vice President and General Counsel
EquityExperts.Org, LLC

WBD (US) 45295435v1