# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY CROSS, and ) <br> PAMELA CROSS ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EQUITYEXPERTS.ORG, LLC, ) <br> d/b/a EQUITY EXPERTS ) <br> ) <br>    Defendant. ) | CIVIL ACTION FILE <br> NO. 1:17-cv-03804-AT-JCF |

## MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL FOR DEFENDANT EQUITYEXPERTS.ORG, LLC d/b/a EQUITY EXPERTS

**COME NOW** Womble Bond Dickinson (US), LLP, Arthur A. Ebbs, and Brittany Crosby (collectively "WBD"), pursuant to Local Rule 83.1(E) and the Georgia Rules of Professional Conduct, and respectfully request that the Court enter an order granting WBD permission to withdraw as counsel for Defendant EquityExperts.Org, LLC d/b/a Equity Experts ("Equity Experts"). In support of this Motion, WBD shows this Court the following:

Pursuant to Local Rule 83.1(E), on April 23, 2019, WBD gave Equity Experts fourteen (14) prior notice of WBD's intention to request permission to withdraw. WBD provided notice to Equity Experts in a letter delivered to Equity Experts' general counsel by electronic mail and Federal Express at Equity Experts'

office located in Michigan.  The notice that WBD provided to Equity Experts contained all of the information required by Local Rule 83.1(E)(2)(b).  A copy of the notice in redacted form is attached hereto as Exhibit "A".

Local Rule 83.1(E)(1) provides that "counsel will not ordinarily be allowed to withdraw after pretrial or at a time when withdrawal will cause a delay in the trial of the case."  This is not the situation in this case.  WBD's withdrawal will not cause a delay in the trial of this case.  There is no trial or other proceedings currently scheduled in this case.  As such, WBD's withdrawal will be consistent with Local Rule 83.1(E)(1).

For the foregoing reasons, WBD respectfully requests that the Court enter an Order permitting WBD to withdraw as counsel in this action.  A proposed order has been filed contemporaneously herewith.

Respectfully submitted this 8th day of May, 2019.

                                    WOMBLE BOND DICKINSON (US) LLP

                                    /s/ Arthur A. Ebbs
                                    Arthur A. Ebbs
                                    State Bar No. 416181
                                    Brittany Crosby
                                    State Bar No. 692075

271 17th Street NW  
Suite 2400  
Atlanta, Georgia 30363  
Telephone: (404) 872-7000  
Facsimile: 404) 888-7490  
Email: Arthur.Ebbs@wbd-us.com  
Brittany.Crosby@wbd-us.com

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL FOR DEFENDANT EQUITYEXPERTS.ORG, LLC D/B/A EQUITY EXPERTS was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>James M. Feagle
>jfeagle@skaarandfeagle.com
>
>Cliff R. Dorsen
>cdorsen@skaarandfeagle.com
>
>Kris Skaar
>krisskaar@aol.com
>
>Justin T. Holcombe
>jholcombe@skaarandfeagle.com

and was also served on the following by Federal Express:

>Jacqueline Galofaro
>Vice President and General Counsel, Equity Experts
>6632 Telegraph Road, #399
>Bloomfield Hills, Michigan 48301

This 8th day of May, 2019.

>/s/ Arthur A. Ebbs
>Arthur A. Ebbs
>State Bar No. 416181

WBD (US) 46478261v1