womblebonddickinson.com



April 23, 2019

Via Federal Express and Email ▮▮▮▮▮▮▮▮▮▮

Jacqueline Galofaro
Vice President and General Counsel, Equity Experts
6632 Telegraph Road, #399
Bloomfield Hills, Michigan 48301

Re: Notice Pursuant to N.D. Ga. L.R. 83.1(E)(2)(B) Regarding Intention to Request Permission to Withdraw

Womble Bond Dickinson (US) LLP

271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017

t: 404.872.7000
f: 404.888.7490

Arthur A. Ebbs
Direct Dial: 404-888-7453
Direct Fax: 404-879-2953
E-mail: Arthur.Ebbs@wbd-us.com

Dear Jackie:

On behalf of myself, Brittany Crosby, and Womble Bond Dickinson (US), LLP, I am providing this notice pursuant to Local Rule 83.1(E)(2)(B) of the United States District Court for the Northern District of Georgia of our intention to withdraw as counsel in the matters identified in section (B), below:

(A) Arthur A. Ebbs, Brittany Crosby, and their law firm Womble Bond Dickinson (US), LLP (collectively "Counsel") desire to withdraw as counsel for EquityExperts.org, LLC in the three (3) civil actions identified in section (B), below;

(B) The style of each of the actions from which Counsel seeks to withdraw, the name, address, and telephone number of the Clerk, and opposing counsel is as follows:

    Clerk of Court:    James N. Hatten
    District Court Executive / Clerk of Court
    Richard B. Russell Federal Building
    2211 United States Courthouse
    75 Ted Turner Drive, SW
    Atlanta, Georgia 30303-3309
    Telephone:    (404) 215-1660

- *Jeffrey Cross and Pamela Cross v. EquityExperts.org, LLC d/b/a Equity Experts*, United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action File No.: 1:17-cv-03804-AT-JCF.

    Opposing Counsel:    Kris Skaar
    Skaar & Feagle, LLP
    133 Mirramont Lake Drive
    Woodstock, Georgia 30189
    Telephone:    (770) 427-5600

- *Latonia McDaniels v. EquityExperts.org, LLC and Michael Novak*, United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action File No.: 1:18-cv-03535-TCB-JCF.

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/legal notices for further details.

WBD (US) 46396448v1

EXHIBIT "A" TO MOTION TO WITHDRAW

April 23, 2019
Page 2



    Opposing Counsel:    Scot Groghan
                                 Credit Repair Lawyers of America
                                 22142 West Nine Mile Road
                                 Southfield, Michigan 48033
                                 Telephone:   (248) 353-2882

- *Davatrice Lindsey v. EquityExperts.org, LLC and Michael Novak*, United States District Court for the Northern District of Georgia, Atlanta Division, Civil Action File No.: 1:18-cv-03558-MLB-CCB.

    Opposing Counsel:    Alex Simanovsky
                                 Alex Simanovsky & Associates, LLC
                                 2300 Henderson Mill Road, Suite 300
                                 Atlanta, Georgia 30345
                                 Telephone:   (77) 414-1002

The three (3) civil actions referenced in this section (B) are referred to collectively hereinafter as the "Actions".

(C) The United States District Court for the Northern District of Georgia shall retain jurisdiction in each of the Actions;

(D) EquityExperts.org, LLC shall have the burden of keeping the United States District Court for the Northern District of Georgia informed respecting where notice, pleadings or other papers may be served;

(E) EquityExperts.org, LLC has the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set;

(F) If EquityExperts.org, LLC fails or refuses to meet the burdens set forth herein, EquityExperts.org, LLC may suffer adverse consequences;

(G) At this time, there are no scheduled proceedings. No scheduled proceedings will be affected by the withdrawal of Counsel;

(H) Service of notices may be made upon EquityExperts.org, LLC at its last known address;

(I) Because EquityExperts.org, LLC is a limited liability company, it may only be represented in Court by an attorney, an attorney must sign all pleadings submitted to the Court, and a corporate officer may not represent EquityExperts.org, LLC in Court unless that officer is also an attorney licensed to practice law in the state of Georgia. Failure to comply with this rule could result in a default being entered against EquityExperts.org, LLC;

(J) EquityExperts.org, LLC has fourteen (14) days from the date of this notice to object. A copy of this notice will be attached to Counsel's forthcoming motions to withdraw in each of the Actions.

[redacted signatures]

EXHIBIT "A" TO MOTION TO WITHDRAW

April 23, 2019
Page 3



Best regards,

**Womble Bond Dickinson (US) LLP**

Arthur A. Ebbs

cc: ▮▮▮▮▮▮▮▮

WBD (US) 46396448v EXHIBIT "A" TO MOTION TO WITHDRAW