IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY CROSS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:17-cv-3804-AT |
| ) | |
| EQUITYEXPERTS.ORG, LLC d/b/a ) | |
| EQUITY EXPERTS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW, James O. Bass of the Law Offices of James O. Bass, PC, and enters his appearance as counsel for Defendant EquityExperts.Org, LLC in the above-captioned matter.

Dated: June 14, 2019.                Respectfully submitted,

/s/ James O. Bass
James O. Bass
Georgia Bar No. 041239
Law Offices of James O. Bass, PC
420 Creekstone Ridge
Woodstock, GA 30188
Telephone: (770) 874-6464
Facsimile: (770) 874-6465
jim@bass.law

*Attorney for Defendant*
*EquityExperts.Org, LLC*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that this filing was prepared on a computer using 14-point Times New Roman font in compliance with Northern District of Georgia Local Rule 5.1C.

This 14th day of June, 2019.

                                          /s/ *James O. Bass*
                                          James O. Bass
                                          Georgia Bar No. 041239

                                          *Attorney for Defendant*
                                          *EquityExperts.Org, LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that I have, on this day, caused a copy of the foregoing to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: June 14th, 2019.

                                           */s/ James O. Bass*
                                           James O. Bass
                                           Georgia Bar No. 041239

                                           *Attorney for Defendant*
                                           *EquityExperts.Org, LLC*