IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY CROSS and PAMELA CROSS, :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>EQUITYEXPERTS.ORG, LLC d/b/a EQUITY EXPERTS, :<br>:<br>Defendant. : | Civil Action No.<br><br>1:17-cv-03804-AT-JDF |

## PLAINTIFFS' MOTION FOR SUPPLEMENTAL
## AWARD OF ATTORNEY FEES

COME NOW PLAINTIFFS, pursuant 15 U.S.C. section 1692k(a)(3), Fed.R.Civ.P. 54(d), and O.C.G.A. section 10-1-399(d), and respectfully pray that this Court enter a supplemental award and judgment for additional attorney fees against Defendant for the efforts to successfully prosecute this action following the entry of the Report and Recommendation (Doc. 18).

Respectfully submitted,

SKAAR & FEAGLE, LLP

by: /s/ James M. Feagle
James M. Feagle
Georgia Bar No. 256916

jfeagle@skaarandfeagle.com
Cliff R. Dorsen
Georgia Bar No. 149254
cdorsen@skaarandfeagle.com
2374 Main Street, Suite B
Tucker, GA 30084
Telephone:   (404) 373-1970
Facsimile:   (404) 601-1855

Kris Skaar
Georgia Bar No. 649610
krisskaar@aol.com
133 Mirramont Lake Drive
Woodstock, GA 30189
Telephone:   (770) 427-5600
Facsimile:   (404) 601-1855

ATTORNEYS FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing PLAINTIFFS' MOTION FOR SUPPLEMENTAL AWARD OF ATTORNEY FEES and its supporting documents using the CM/ECF system which shall contemporaneously send notice to all counsel of record pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 5(b)(3).

Respectfully submitted, this 26th day of September, 2019,

**SKAAR & FEAGLE, LLP**

by:   /s/ James M. Feagle
      James M. Feagle
      Georgia Bar No. 256916
      jfeagle@skaarandfeagle.com
      Cliff R. Dorsen
      Georgia Bar No. 149254
      cdorsen@skaarandfeagle.com
      2374 Main Street, Suite B
      Tucker, GA 30084
      Telephone:   (404) 373-1970
      Facsimile:   (404) 601-1855

      Kris Skaar
      Georgia Bar No. 649610
      krisskaar@aol.com
      133 Mirramont Lake Drive
      Woodstock, GA 30189
      Telephone:   (770) 427-5600
      Facsimile:   (404) 601-1855

ATTORNEY FOR PLAINTIFFS