IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFERY CROSS, PAMELA CROSS<br><br>PLAINTIFFS,<br>V.<br><br>EQUITYEXPERTS.ORG, LLC,<br>  DOING BUSINESS AS EQUITY EXPERTS,<br><br>DEFENDANT. | CIVIL ACTION NO.: 1:17-CV-03804-AT |

# NOTICE OF APPEAL

PLEASE TAKE NOTICE that EQUITYEXPERTS.ORG, LLC, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the 11th Circuit from the Opinion and Order Granting Plaintiffs' Motion for Default Judgment as to their claims under the Fair Debt Collection Practices Act, the Georgia Fair Business Practices Act, for the Georgia tort of slander of title, and for the Georgia tort of abusive collection (Docket #42 and #43).

Dated: October 11, 2019.          Respectfully submitted,

/s/ James O. Bass
James O. Bass, Attorney for Defendant
Georgia Bar No. 041239
Law Offices of James O. Bass, PC
420 Creekstone Ridge
Woodstock, GA 30188
Telephone: (770) 874-6464
Facsimile: (770) 874-6465
jim@bass.law

1

# CERTIFICATE OF COMPLIANCE

I hereby certify that this filing was prepared on a computer using 14-point Times New Roman font in compliance with Northern District of Georgia Local Rule 5.1C.

This 11th day of October, 2019.

>/s/ *James O. Bass*
>James O. Bass
>Georgia Bar No. 041239
>
>*Attorney for Defendant*
>*EquityExperts.Org, LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have, on this day, caused a copy of the foregoing to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: October 11th, 2019.

                                           */s/ James O. Bass*
                                           James O. Bass
                                           Georgia Bar No. 041239

                                           *Attorney for Defendant*
                                           *EquityExperts.Org, LLC*